

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

`01-15-00560-CR`

June 24, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 11:38:50 AM
CHRISTOPHER A. PRINE
Clerk

MARK CHARLES KRATOVIL
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FLOOR
HOUSTON TX 77002

Defendant's Name: MICHAEL ANTHONY DAVILA

Cause No: 1359876

Court: 351ST

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 06/18/2015
**Sentence Imposed Date:** 06/18/2015
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** MARK CHARLES KRATOVIL
Pauper's Oath Filed 6/18/2015

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
   District Attorney
   Appellate Division
   Harris County, Texas

   TONI GOUBEAUD (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1359876

# THE STATE OF TEXAS
## V.
_____, A/K/A/ _____

35/st ~~356~~ District Court / County Criminal Court at Law No. _____

## Harris County, Texas

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On MICHAEL DAVILA (date), the defendant in the above numbered and styled cause gives **NOTICE OF APPEAL** of his conviction.

The undersigned attorney (check appropriate box):

☑ **MOVES** to withdraw.

☐ **ADVISES** the court that he will **CONTINUE** to represent the defendant on appeal.

JUNE 15, 2015
**Date**

MICHAEL AAVILA
**Defendant (Printed name)**

Roger Donley
**Attorney (Signature)**

Roger Donley
**Attorney (Printed name)**

00793631
**State Bar Number**

1201 FRANKLIN, 13TH Floor
**Address**

713. 274-6737
**Telephone Number**

**FILED**
Chris Daniel
District Clerk

JUN 18 2015

Time:_____
Harris County, Texas

By_____
Deputy

The defendant (check all that apply):

☑ **REPRESENTS** to the court that he is presently **INDIGENT** and **ASKS** the court to immediately **APPOINT** appellate counsel to represent him.

☑ **ASKS** the Court to **ORDER** that a free record be provided to him.

☐ **ASKS** the court to set **BAIL**.

Accordingly, Appellant **ASKS** the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)**

Michael Davila
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON 6.18.2015

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___6/18/15___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

   ☑ employing counsel

   ☑ paying for a clerk's and court reporter's record.

   ☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☑ Defendant's / appellant's motion is **GRANTED** and

   ☐ _____(attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

   ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ **SET** at $ _____

☐ **TO CONTINUE** as presently set.

☑ **DENIED** and is **SET** at **NO BOND**. (Felony Only)

DATE SIGNED: ___6/18/2015___     _____

JUDGE PRESIDING,
351 DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS



Cause No. 1359876

THE STATE OF TEXAS

v.

MICHAEL AVILA
, Defendant

IN THE     DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW No. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]
- [ ] the defendant has waived the right of appeal.

_____     6/18/2015
Judge                                              Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

x _____     _____
Defendant                                          Defendant's Counsel

Mailing Address: ___F I L E D___           State Bar of Texas ID number: 00797631

Telephone number: Chris Daniel
                           District Clerk                Mailing Address: 1201 Franklin, 13th Fl

Fax number (if any): JUN 18 2015           Telephone number: 713.274.6737
                           Time:_____
                           Harris County, Texas         Fax number (if any): 713.437-8459
                           By_____
                               Deputy

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# PAUPER'S OATH ON APPEAL

CAUSE NO.: _13598 76_    OFFENSE: _Agg Blt fam. mber_

THE STATE OF TEXAS    _35_ DISTRICT COURT

VS.    OF

_Davila, Michael_    HARRIS COUNTY, TEXAS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES _MICHAEL DAVILA_, defendant in the above styled and numbered cause, and states under oath that he is without funds, property or income. The defendant respectfully petitions the court to: (check all that apply)

☑ Appoint appellate counsel to represent him.

☑ Asks the court to order that a free record be provided to him.

_____
DEFENDANT

SUBSCRIBED AND SWORN before me, this _18th_ day of _June_ A.D., 20_15_.

FILED
Chris Daniel
District Clerk

JUN 18 2015

Time: _____
Harris County, Texas

By_____
Deputy

_____
DEPUTY DISTRICT CLERK
_35_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## ORDER

On _6/14/2015_ the court conducted a hearing and found that the defendant is indigent.

☑ The court orders that _____ is appointed to represent defendant/appellant on appeal.

☑ The court reporter is ordered to prepare and file the reporter's record without charge to the defendant/appellant.

It is further ordered that the clerk of this court mail a copy of the order to the court reporter: _____, by certified mail return receipt requested.

_____
JUDGE PRESIDING
_35_ DISTRICT COURT
HARRIS COUNTY, TEXAS

## AFFIRMATION

I, _Mark Kratovil (Pub. Def. Ofc.)_, Attorney at Law, swear or affirm that I will be solely responsible for writing a brief and representing the appellant on appeal. If I am not able to preform my duties as appellate counsel, I will notify the court immediately so that the court may take the appropriate action as deemed necessary.

_____
ATTORNEY (SIGNATURE)

_240760 98/02 561390_
BAR/SPN NUMBER

_1201 Franklin, 13th Floor_
ADDRESS

_Houston_    _TX_    _77025_
CITY    STATE    ZIP

_(713) 368-0016_
PHONE

_(713) 437-4339_
FAX NUMBER

_mark.Kratovil@pdo.hctx.net_
EMAIL ADDRESS

SWORN TO AND SUBSCRIBED BEFORE ME ON _6-18-15_.

_____
DEPUTY DISTRICT CLERK (SIGNATURE)
DISTRICT CLERK

# APPEAL CARD

Due: 8-17-15          1st

Court __351 St__          Cause No. __1359876__

### The State of Texas
#### Vs

__Michael Anthony Davila__

6-18-15

**Date Notice**
**Of Appeal:** __10·18·15__

**Presentation:**       Vol._____ Pg._____

**Judgment:**       Vol._____ Pg._____

**Judge Presiding** __Mark Kent Ellis__

**Court Reporter** __Toni Courbeaud__

**Court Reporter** _____

**Court Reporter** _____

**Attorney**
**on Trial** __Roger Donley__

**Attorney**
**on Appeal** __Mark Kratovil__

     Appointed __X__ Hired_____

**Offense** __Agg Assault-Family Member-SB__

**Jury Trial**     Yes_____ No __X__

**Punishment**
**Assessed** __12 YRS TDCJ__

**Companion Cases**
**(If Known)** _____

**Amount of**
**Appeal Bond** __0__

**Appellant**
**Confined:**    Yes____ No____

**Date Submitted**
**To Appeal Section** _____ 995

**Deputy Clerk** __K. Nelly__